NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAXIM INTEGRATED PRODUCTS, INC.,**
*Plaintiff-Appellee,*

**v.**

**BRANCH BANKING AND TRUST COMPANY,**
*Defendant-Appellant.*

---

2013-1495

---

Appeal from the United States District Court for the Eastern District of Texas in No. 12-CV-0369, Judge Richard A. Schell.

---

**JUDGMENT**

---

MATTHEW D. POWERS, Tensegrity Law Group, LLP, of Redwood Shores, California, argued for plaintiff-appellee. With him on the brief were WILLIAM P. NELSON and AARON M. NATHAN. Of counsel on the brief were PHILIP W. MARSH, JAMES C. OTTESON, DAVID A. CAINE and MICHAEL D.K. NGUYEN, Agility IP Law, LLP, of Menlo Park, California.

DOUGLAS H. HALLWARD-DRIEMEIER, Ropes & Gray LLP, of Washington, DC, argued for defendant-appellant.

With him on the brief were JAMES R. MYERS and HENRY HUANG.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* MOORE, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| March 10, 2014 | /s/  Daniel  E.  O'Toole |
|:---:|:---:|
| Date | Daniel E. O'Toole |
| | Clerk of Court |